**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

VICTOR GAINES,

        Plaintiff,

    v.

TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
and EQUIFAX INFORMATION
SERVICES, LLC,

        Defendants.

Case No. 8:26-cv-00577-WFJ-LSG

**EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**ANSWER AND AFFIRMATIVE DEFENSES**

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and answers Plaintiff Victor Gaine's ("Plaintiff") Complaint, (ECF. No. 1), respectfully stating as follows:

1. In response to Paragraph 1 of the Complaint, Experian admits that Plaintiff has brought an action against it for alleged violations of the Fair Credit Reporting Act. Experian denies that it has violated the Fair Credit Reporting Act 15 U.S.C. § 1681 et. seq. (hereinafter "FCRA"), and further denies that Plaintiff is entitled to any relief whatsoever from Experian.

**JURISDICTION AND VENUE**

2. In response to Paragraph 2 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction pursuant to 28 U.S.C. § 1331. Experian states that this is a legal conclusion which is not subject to denial or admission.

3.  In response to Paragraph 3 of the Complaint, Experian admits Plaintiff alleges personal jurisdiction is proper. Experian states that this is a legal conclusion which is not subject to denial or admission. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 3 of the Complaint.

4.  In response to Paragraph 4 of the Complaint, Experian admits that Plaintiff has alleged venue is proper pursuant to 28 U.S.C. § 1391. Experian states that this is a legal conclusion which is not subject to denial or admission. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 4 of the Complaint.

## **PARTIES**

5.  In response to Paragraph 5 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

6.  In response to Paragraph 6 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

7.  In response to Paragraph 7 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically,

each and every allegation contained therein.

8. In response to Paragraph 8 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

9. In response to Paragraph 9 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

10. In response to Paragraph 10 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

11. In response to Paragraph 11 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

12. In response to Paragraph 12 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

13. In response to Paragraph 13 of the Complaint, Experian states that it

is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## STATUTORY FRAMEWORK OF THE
## FAIR CREDIT REPORTING ACT

14.     In response to Paragraph 14 of the Complaint, Experian admits that the allegations purport to set forth the purpose of the FCRA. Experian states that the FCRA speaks for itself and denies each allegation in Paragraph 24 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 24 of the Complaint.

15.     In response to Paragraph 15 of the Complaint, Experian admits that the allegations purport to set forth set forth obligations or requirements of 15 U.S.C. § 1681(a)(l). Experian states that 15 U.S.C. § 1681(a)(l) speaks for itself and denies each allegation in Paragraph 15 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 15 of the Complaint.

16.     In response to Paragraph 16 of the Complaint, Experian admits that the allegations purport to set forth portions of the Congressional Record. Experian states that Congressional Record and referenced hearing transcript speak for themselves and denies each allegation in Paragraph 16 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 16 of the Complaint.

17. In response to Paragraph 17 of the Complaint, Experian admits that the allegations purport to define a "furnisher of information" pursuant to 15 U.S.C. § 1681s-2. Experian states that 15 U.S.C. § 1681s-2 speaks for itself and denies each allegation in Paragraph 27 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 17 of the Complaint.

18. In response to Paragraph 18 of the Complaint, Experian admits that the allegations purport to set forth set forth obligations or requirements of 15 U.S.C. § 1681. Experian states that 15 U.S.C. § 1681 speaks for itself and denies each allegation in Paragraph 18 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 18 of the Complaint.

19. In response to Paragraph 19 of the Complaint, Experian admits that the allegations purport to set forth set forth obligations or requirements of the Fair and Accurate Credit Transaction Act, Pub L. No. 108-159 (2003) ("FACTA"). Experian states that FACTA speaks for itself and denies each allegation in Paragraph 19 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 19 of the Complaint.

20. In response to Paragraph 20 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and

specifically, each and every allegation contained therein.

21.     In response to Paragraph 21 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

22.     In response to Paragraph 22 of the Complaint, Experian admits that the allegations purport to set forth obligations or requirements of 15 U.S.C. § 1681c-2. Experian states that 15 U.S.C. § 1681c-2 speaks for itself and denies each allegation in Paragraph 32 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 22 of the Complaint.

23.     In response to Paragraph 23 of the Complaint, Experian admits that the allegations purports to set forth set forth obligations or requirements 12 C.F.R. § 1022.3. Experian states that 12 C.F.R. § 1022.3 speaks for itself and denies each allegation in Paragraph 23 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 23 of the Complaint.

24.     In response to Paragraph 24 of the Complaint, Experian admits that the allegations purport to set forth case law interpreting the FCRA. Experian states that the case law speaks for itself and denies each allegation in Paragraph 24 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 24 of the

- 6 -

Complaint.

25.     In response to Paragraph 25 of the Complaint, Experian admits that the allegations purport to set forth set forth obligations or requirements of 15 U.S.C. § 1681e(b). Experian states that 15 U.S.C. § 1681e(b) speaks for itself and denies each allegation in Paragraph 25 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 25 of the Complaint.

26.     In response to Paragraph 26 of the Complaint, Experian admits that the allegations purport to set forth requirements or obligations of 15 U.S.C. § 1681i. Experian states that 15 U.S.C. § 1681i speaks for itself and denies each allegation in Paragraph 26 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 26 of the Complaint.

27.     In response to Paragraph 27 of the Complaint, Experian admits that the allegations purport to set forth requirements or obligations of 15 U.S.C. § 1681i. Experian states that 15 U.S.C. § 1681 speaks for itself and denies each allegation in Paragraph 27 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 27 of the Complaint.

28.     In response to Paragraph 28 of the Complaint, Experian admits that the allegations purport to set forth requirements or obligations of 15 U.S.C. § 1681i. Experian states that 15 U.S.C. § 1681i speaks for itself and denies each allegation

in Paragraph 28 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 28 of the Complaint.

29.    In response to Paragraph 29 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

30.    In response to Paragraph 30 of the Complaint, Experian admits that the allegations purport to set forth obligations or requirements of 15 U.S.C. § 1681o. Experian states that 15 U.S.C. § 1681o speaks for itself and denies each allegation in Paragraph 30 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 30 of the Complaint.

31.    In response to Paragraph 31 of the Complaint, Experian admits that the allegations purport to set forth obligations or requirements of 15 U.S.C. § 1681n. Experian states that 15 U.S.C. § 1681n speaks for itself and denies each allegation in Paragraph 31 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 31 of the Complaint.

32.    In response to Paragraph 32 of the Complaint, Experian admits that the allegations purport to set forth obligations or requirements of 15 U.S.C. § 1681n. Experian states that 15 U.S.C. § 1681n speaks for itself and denies each

allegation in Paragraph 32 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 32 of the Complaint.

33.     In response to Paragraph 33 of the Complaint, Experian admits that the allegations purport to set forth obligations or requirements of 15 U.S.C. § 1681o and 15 U.S.C. § 1691n. Experian states that 15 U.S.C. § 1681o and 15 U.S.C. § 1691n speak for themselves and denies each allegation in Paragraph 33 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 33 of the Complaint.

34.     In response to Paragraph 34 of the Complaint, Experian admits that the allegations purport to set forth obligations ore requirements of 15 U.S.C. § 1681b. Experian states that 15 U.S.C. § 1681b speaks for itself and denies each allegation in Paragraph 34 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 34 of the Complaint.

35.     In response to Paragraph 35 of the Complaint, Experian admits that the allegations purport to set forth obligations or requirements of 15 U.S.C. § 1681b. Experian states that 15 U.S.C. § 1681b speaks for itself and denies each allegation in Paragraph 35 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 35 of the Complaint.

36.     In response to Paragraph 36 of the Complaint, Experian admits that

the allegations purport to define a "furnisher of information" pursuant to 15 U.S.C. § 1681s-2 and certain case law. Experian states that 15 U.S.C. § 1681s-2 and the case law speaks for themselves and denies each allegation in Paragraph 36 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 36 of the Complaint.

37.   In response to Paragraph 37 of the Complaint, Experian admits that the allegations purport to set forth obligations or requirements of 15 U.S.C. § 1681e(b). Experian states that 15 U.S.C. § 1681e(b) speaks for itself and denies each allegation in Paragraph 37 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 37 of the Complaint.

38.   In response to Paragraph 38 of the Complaint, Experian admits that the allegations purport to set forth obligations or requirements of 15 U.S.C. § 1681(a). Experian states that 15 U.S.C. § 1681(a) speaks for itself and denies each allegation in Paragraph 38 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 38 of the Complaint.

39.   In response to Paragraph 39 of the Complaint, Experian admits that the allegations purport to set forth obligations or requirements of 15 U.S.C. § 1681. Experian states that 15 U.S.C. § 1681 speaks for itself and denies each allegation in Paragraph 39 inconsistent therewith. Except as specifically admitted, Experian

denies, generally and specifically, each and every remaining allegation of Paragraph 39 of the Complaint.

40.    In response to Paragraph 40 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

41.    In response to Paragraph 41 of the Complaint, Experian admits that the allegations purport to set forth obligations or requirements of 15 U.S.C. § 1681. Experian states that 15 U.S.C. § 1681 speaks for itself and denies each allegation in Paragraph 41 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 41 of the Complaint.

42.    In response to Paragraph 42 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

43.    In response to Paragraph 43 of the Complaint, Experian admits that the allegations purport to set forth obligations or requirements of 15 U.S.C. § 1681. Experian states that 15 U.S.C. § 1681 speaks for itself and denies each allegation in Paragraph 52 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 43 of the Complaint.

44.     In response to Paragraph 44 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

45.     In response to Paragraph 45 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

46.     In response to Paragraph 46 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

47.     In response to Paragraph 47 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

48.     In response to Paragraph 48 of the Complaint, Experian admits that the allegations purport to set forth obligations or requirements of 15 U.S.C. § 1681. Experian states that 15 U.S.C. § 1681 speaks for itself and denies each allegation in Paragraph 48 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 48 of the Complaint.

- 12 -

49.     In response to Paragraph 49 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

50.     In response to Paragraph 50 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

51.     In response to Paragraph 51 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## FACTUAL ALLEGATIONS

52.     In response to Paragraph 52 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

53.     In response to Paragraph 53 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

54.     In response to Paragraph 54 of the Complaint, Experian states that it

is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

55.    In response to Paragraph 55 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

56.    In response to Paragraph 56 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

57.    In response to Paragraph 57 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

58.    In response to Paragraph 58 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

59.    In response to Paragraph 59 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and

specifically, each and every allegation contained therein.

60.     In response to Paragraph 60 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

61.     In response to Paragraph 61 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

62.     In response to Paragraph 62 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

63.     In response to Paragraph 63 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

64.     In response to Paragraph 64 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

65.     In response to Paragraph 65 of the Complaint, Experian states that it

is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

66.     In response to Paragraph 66 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

67.     In response to Paragraph 67 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

68.     In response to Paragraph 68 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

69.     In response to Paragraph 69 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

70.     In response to Paragraph 70 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and

specifically, each and every allegation contained therein.

71. In response to Paragraph 71 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

72. In response to Paragraph 72 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

73. In response to Paragraph 73 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

74. In response to Paragraph 74 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

75. In response to Paragraph 75 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

76. In response to Paragraph 76 of the Complaint, Experian states that it

is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

77.    In response to Paragraph 77 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

78.    In response to Paragraph 78 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

79.    In response to Paragraph 79 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

80.    In response to Paragraph 80 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

81.    In response to Paragraph 81 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and

specifically, each and every allegation contained therein.

## COUNT I – VIOLATIONS OF 15 U.S.C. § 1681c-2
## AGAINST TRANS UNION

82.    In response to Paragraph 82, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

83.    In response to Paragraph 83 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

84.    In response to Paragraph 84 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

85.    In response to Paragraph 85 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

86.    In response to Paragraph 86 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

87.     In response to Paragraph 87 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT II - VIOLATIONS OF 15 U.S.C. §1681i AGAINST EXPERIAN

88.     In response to Paragraph 88, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

89.     In response to Paragraph 89 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

90.     In response to Paragraph 90 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

91.     In response to Paragraph 91 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

92.     In response to Paragraph 92 of the Complaint, Experian states that it

is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

93.     In response to Paragraph 93 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT III - VIOLATIONS OF 15 U.S.C. §1681e(b) AGAINST EXPERIAN

94.     In response to Paragraph 94, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

95.     In response to Paragraph 95 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

96.     In response to Paragraph 96 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

97.     In response to Paragraph 97 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of

the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

98.    In response to Paragraph 98 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

99.    In response to Paragraph 99 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT IV - VIOLATIONS OF 15 U.S.C. §1681i
## AGAINST EQUIFAX

100.    In response to Paragraph 100, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

101.    In response to Paragraph 101 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

102.    In response to Paragraph 102 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and

specifically, each and every allegation contained therein.

103.   In response to Paragraph 103 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

104.   In response to Paragraph 104 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

105.   In response to Paragraph 105 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT V - VIOLATIONS OF 15 U.S.C. §1681e(b)
## AGAINST EQUIFAX

106.   In response to Paragraph 106, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

107.   In response to Paragraph 107 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

- 23 -

108.    In response to Paragraph 108 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

109.    In response to Paragraph 109 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

110.    In response to Paragraph 110 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

111.    In response to Paragraph 111 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

### JURY DEMAND

Experian admits that Plaintiff has demanded trial by jury on all issues triable.

### DENIAL

Further answering each and every Paragraph of the Complaint, Experian denies any and all allegations not specifically admitted above.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

## FIRST AFFIRMATIVE DEFENSE
## (STATUTE OF LIMITATIONS)

Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein is barred by the applicable statutes of limitations.

## SECOND AFFIRMATIVE DEFENSE
## (FAILURE TO STATE A CLAIM)

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian

## THIRD AFFIRMATIVE DEFENSE
## (TRUTH/ACCURACY OF INFORMATION)

All claims against Experian is barred because all information Experian communicated to any third person regarding Plaintiff were true.

## FOURTH AFFIRMATIVE DEFENSE
## (INDEMNIFICATION)

Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff is the results of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

## FIFTH AFFIRMATIVE DEFENSE
## (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate their damages.

## SIXTH AFFIRMATIVE DEFENSE
## (LACHES)

The Complaint and each claim for relief therein is barred by laches.

## SEVENTH AFFIRMATIVE DEFENSE
## (CONTRIBUTORY/COMPARATIVE FAULT)

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff themselves and/or third parties and resulted from Plaintiff' or third parties' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## EIGHTH AFFIRMATIVE DEFENSE
## (ESTOPPEL)

Any damages which Plaintiff may has suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

## NINTH AFFIRMATIVE DEFENSE
## (UNCLEAN HANDS)

The Complaint and each claim for relief therein that seeks equitable relief is barred by the doctrine of unclean hands.

## TENTH AFFIRMATIVE DEFENSE
## (INTERVENING CAUSES)

Experian is informed and believes and thereon alleges that if Plaintiff

- 26 -

sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as such, any action on the part of Experian was not a proximate cause of the alleged injuries.

### ELEVENTH AFFIRMATIVE DEFENSE
### (PUNITIVE DAMAGES)

The Complaint does not allege facts sufficient to rise to the level of conduct required to recover punitive damages, and thus all requests for punitive damages is improper. Plaintiff' claims for exemplary or punitive damages violate the Due Process Clause of the Fifth Amendment and the Excessive Fines Clause of the Eighth Amendment.

### TWELFTH AFFIRMATIVE DEFENSE
### (ARBITRATION)

Experian alleges on information and belief that Plaintiff' claims may be the subject of an arbitration agreement between Plaintiff and Experian.

### THIRTEENTH AFFIRMATIVE DEFENSE
### (RIGHT TO ASSERT ADDITIONAL DEFENSES)

Experian reserves the right to answer additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

### PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1)    That Plaintiff take nothing by virtue of the Complaint herein and

- 27 -

that this action be dismissed in its entirety;

(2)   For costs of suit and attorneys' fees herein incurred; and

(3)   For such other and further relief as the Court may deem just and proper.

Respectfully submitted this 1st day of June, 2026.

/s/ Grant Edward Lavelle Schnell
Grant Edward Lavelle Schnell, Esq.
Florida Bar No. 108109
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Phone: (202) 346-4000
Email: gschnell@goodwinlaw.com

Counsel for Defendant
Experian Information Solutions, Inc.