**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| VICTOR GAINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 8:26-cv-00577-WFJ- |
| TRANS UNION, LLC, EXPERIAN | ) | LSG |
| INFORMATION SOLUTIONS, | ) | |
| INC., and EQUIFAX | ) | |
| INFORMATION SERVICES LLC, | ) | |
| | ) | |
| Defendants. | | |

**UNOPPOSED MOTION FOR LEAVE**
**TO WITHDRAW AS COUNSEL OF RECORD**

Blake Jennings Hawthorne, Esq., pursuant to Local Rule 2.02(c), respectfully moves to withdraw from representing Defendant Experian Information Solutions, Inc. ("Experian") in the above-captioned matter, as Experian has elected to retain new counsel, Goodwin Procter LLP, to represent it in this matter going forward.

Experian will continue to be represented in this action by counsel from Goodwin Procter LLP, who has filed a notice of appearance.

The request to withdraw is not prejudicial to any of the parties and is made with Experian's knowledge and consent.

The withdrawal will not result in a person proceeding pro se.

The withdrawal will not result in a continuance of a trial.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that the Court allow Blake Jennings Hawthorne, Esq. to withdraw from representing Experian in this matter, and for any additional relief the Court deems proper.

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies that he conferred with counsel for Plaintiff via email on May 29, 2026, and Plaintiff kindly does not oppose the relief requested herein.

Dated:        June 8, 2026               Respectfully submitted,

*/s/ Blake J. Hawthorne*
Blake Jennings Hawthorne, Esq.
Florida Bar No. 1069129
JONES DAY
Brickell World Plaza
600 Brickell Ave, Suite 3300
Miami, Florida 33131
Phone: (305) 714-9666
Email: blakehawthorne@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

2